RECEIVED

OCT 17 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

MICHAEL LEE BURGESS
                    Petitioner,

VS

Rusty Ratliff, Warden
In his proffessional
Copasity
                    Respondent,

Case NO:

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS

1. Respondent is the Warden of Moberly Correctional
Center 5201 South Morley street Moberly, MO 65270

2. Petitioner is an inmate in the Castody of the
respondent and presently is being held at the
Moberly Correctional Center for a Sentence in
Case NO. 21BU-CRO1650-01 and No others.

3. Petitioner entered a plea of guilty to
the Class E felony of resisting an arrest
in Violation of Section 575.150 RSMO on
August 3, 2022, Punishable under Sections
558.002 RSMO and 558.011, RSMO in Case No.
20BU-CRO1849-01 for a term of 3 years
in the Missouri Department of Corrections

(1)

with credit for time served; a total of 344 days.
Petitioner also entered a plea of guilty
to the Class E felony of Domestic assult in the
third degree in violation of Section 565.074, RSMo
on August 3, 2022 Punishable Under Sections
558.002 RSMo and 558.011 RSMo in Case No.
21BU-CRO1650-01 for a term of 3 years Consecutive
to Case No. 20BU-CRO1849-01 a total of 6 years
in the Missouri Department of Corrections.

4. Petitioner has been held in the Costody of
D.O.C Since August 11, 2022 on Case No.
20BU-CRO1849-01 and Case No. 21BU-CRO1650-01
Originating in Buchanan County Missouri.
On August 31, 2024 Petitioner Compleated
Case No. 20BU-CRO1849-01 and is Challenging
the Conviction of that Charge through this
Habeas Corpus.

Conviction Not Authorized

5. Petitioner was arrested for Case No. 20BU-
CRO1849-01 on October 5, 2020, during the height
of the Covid 19 Pandimic at his home where the
St. Joseph Missouri Police Department Sent out its
Police officers to arrest the Petitioner for a Child
NON Support Charge Case No. 17BU-CRO0594-01.
During the Course of this Child NON Support
arrest the St. Joseph Missouri Police Department

Violated a Federal Mandate that was in order by the Chief of Justice for the United States Supreme Court.

In this Mandate it was ordered [No] one was to be served, arrested, or prosecuted for child Non Support warrents at their homes during the Covid 19 Pandimic

The Mandate provided the equal protection at the Petitioners home against Local, State, and Federal law enforcement as a means to prevent the use of entrapment.

The Petitioner was arrested for child Non Support Case NO. 17BU-CR00594-01 and later was Charged for resisting an arrest Case No. 20BU-CR01849-01, from running from these officers on Posted private property where officers Trespassed with out a search warrent and entered beyond a locked Posted Cattle gate with [NO] probable Cause to enter this property.

Excessive force was used on the Petitioner while he was in hand cuffs and he was sick with the Covid 19 Virus.

"fruit of the poisonous tree doctrine"

6. Under the due process clause of the Fourteenth Amendment, a rule of evidence prohibiting the admission, against the defendent evidence of the direct result or immediate product of

(3)

illegal Conduct by an offical. 371 U.S. 471 Courts recognize an exception in that prosecution may use such evidence to impeach the testimony of a defendent who takes the stand in his own defence. 401 U.S. 222. This rule does not apply to evidence resulting from, illegal Conduct by private persons, exsept such Conduct involving Complicity on the part of the state. 256 Ju.S. 465, However several state Courts do exclude evidence obtained through unreasonable private-party Searches. 485 P. 2d 47

"Also if Police employ a method of acquiring evidence sufficiently distinct from the original illegal Activity the prosecution may use the evidence if it shows the dissipated tainted (poisonous) act.

For example a bona fide Confession where the police illegally arrested but then released the defendent who then Sometime thereafter returns and Confesses 371 U.S. 971

This doctrine draws its name from the idea that once the police "poison the tree" act illegally to obtain or to attempt to obtain the primary evidence" then any fruit of the tree (any primary, Secondary or other evidence) resulting from, that illegal Search also Contains that "Poison.

(4)

## STATEMENT OF CLAIMS

**7.** The Petitioner upon belief charges, that a Government entity for the City of St. Joseph Missouri, The St. Joseph Missouri Police Department Violated the Petitioners Fourth, Fifth, Eighth, and Fourteenth Amendment of the United States Constitution.

Its the Petitioners belief on October 5, 2020, the St. Joseph, Missouri Police Department abused its power in office by Sending out its Police Officers to 2004 S. 17th street St. Joseph, Mo 64503 to render a failure to pay Child Non Support warrent durring the height of the Covid 19 Pandimic.

The Chief of Justice of the United States Supreme Court Sent out a Mandate to [all] Government entitys and Government officals in this Mandate it was ordered that [NO] one was to be Served, arrested, or prosecuted at their homes for failure to pay Child Non Support During the Covid 19 Pandimic.

It was further ordered Court Houses, Schools, Local Bussiness, and the Public was to be Shut down and everyone was to remain inside of their homes for the Protection Against the Covid 19 Virus.

The Federal Mandate provided to the Petitioner the equal Protection at the Petitioners home Against Local, State, and Federal law enforcement officals as a means to prevent

the use of entrapment for arrest at anyones home during the Covid 19 Pandimic.

Petitioner upon belief charges that, the St. Joseph Missouri Police Department Conspired with its officer's, Seiter#8961, Harrison#22837, Peters#68049 Cecil#7073, Jordan-Maples#5680, and Brooks #unknown to Conduct this illegal arrest.

There are disbatch Communications between these named officers and the St. Joseph Missouri Police Department during the early mourning hours of October,5 2020 that will indicate that these named officers used entrapment while stalking the Petitioners home. Police reports Submitted by these officers will Confirm this belief.

In the Course of this illegal arrest these Officers Trespassed Clearly Posted Private Property with out a Search warrant and [No] Probable Cause, to enter beyond a locked Posted Cattle gate that had a steel Cable that Crossed the driveway to prevent the intrusion of "anyone" trying to gain Access on this Said Property.

During this intrusion of this said Property Petitioner ran from these officers and hid on la shed untill spotted then Petitioner ran again from these named officers and finally laid down on his stomatch to Surrender.

In the Course of Surrendering officer's Seiter, and Harrison Placed the Petitioner

(6)

in hand Cuffs and officer's Seiter, Harrison, Peters, used excessive force on the Petitioner while officers Cecil, Jordan-Maples, and Brooks failed to protect the use of excessive force. Officer Cecil held the Petitioners head and shoulders down in the grass while officers Jordan-Maples and Brooks held their flash lights on Petitioner while officers Seiter, Harrison and Peters Brutally assulted the Petitioner. These officers Chocked, punched Kicked, and Kneed the Petitioner.

The Petitioner recieved Brusing to his face, head, chest, legs, and Back. Petitioner had to be later Transported to Mosaic life Care in St. Joseph Missouri over the injurys Sustained and being sick with the Covid 19 virus. The Plaintiff Could of ultimately died during this Brutal assult.

The Covid 19 Virus is a respatory Virus and the Petitioner Could of ultimately suffocated to death by the strangulation by officer Harrison Chocking the Petitioners wind pipe with his hands and officer Peters Kicking the Petitioner in the Chest area. There were Ex-rays taken of the Petitioners Chest Cavity and Sternum to check for dislocation of the Chest Cavity. Hospital records will reflect this.

The St. Joseph Missouri Police Department being a Government entity for the City of St. Joseph Missouri was informed by our Federal Government and Chief of Justice of the United States

(7)

Supreme Court there was a Federal Mandate out that Protected the Petitioner from this illegal arrest that took Place at his home on October 5, 2020.

The St. Joseph Missouri Police Department Clearly disregarded a Federal Mandate that was in Place by Sending its Police officers to the Petitioners home.

This denied the Petitioner the "equal" protection of Federal laws. This Government entity is Clearly responsible for its officers Actions.

The Violation of the Federal Mandate was the Moving force behind the Violations of the Petitioners Constitutional rights.

8. The Petitioner upon belief charges that officers Seiter #8967, Harrison #22837, Peters #68049, Cecil #7073, Jordan-Maples #5680, and Brooks # unknown being Government officals for the St. Joseph Missouri Police Department Violated the Petitioners Fourth, Fifth, Eighth, and Fourteenth Amendment of the United States Constitution.

Its the Petitioners belief these named Government officals abused their Power in office to Conspire with the St. Joseph Missouri Police Department and each other to Conduct a illegal arrest of the Petitioner for a failure to pay Child Non Support warrant at Petitioners home at 2004 S, 17th Street St. Joseph, MO 64503 in the early

(8)

Mourning hours of October 5 2020.

These Government officals Knew or reasonably should have Known that this arrest was illegal due to [all] Government entitys and Government officals being informed that there was a Federal Mandate in order by the Chief of Justice of the united States Supreme Court that Protected the Petitioner from this illegal arrest at his home.

The Mandate ordered [No] one was to be Served, arrested, or prosecuted at their homes for failure to pay Child Non Support during the Covid 19 Pandimic.

It was further ordered Court Houses, Schools, Local Bussiness, and the Public was to be shut down. Everyone was to remain inside for protection against the Covid 19 virus.

The Petitioner recieved a resisting an arrest Charge during this illegal arrest by running from these officers on Posted Private Property.

**9.** The Petitioner upon belief charges that officer's Seiter #896], Harrison #22837, Peters #68049, Cecil #7013 Jordan-Maples #5680 and Brooks # unknown being Government officals for the St. Joseph Missouri Police Department, Violated the Petitioners fourth, fifth and fourteenth Amendment of the united States Constitution.

Its the Petitioners belief these named Government officals were Malice and used misconduct in

(9)

office by the use of entrapment in the Course of stalking the Petitioner and his property at 2004 S. 11th street, St. Joseph Mo 64503 in the Course of illegally trying to render a failure to pay Child Won Support warrant by placing their Selves in Certain locations around the Petitioners property to observe this said location in the early Mourning hours of october 5, 2020

There are disbatch Communications between these named officers and the St. Joseph Missouri Police Department, and Police reports submitted by these officers will Confirm this belief.

**10.** The Petitioner upon belief charges that officers Sejter #8967, Harrison #22837, Peters #68049, Cecil #7073 and Jordan-Maples #5680 being Government officals for the St. Joseph Missouri Police Department violated the Petitioners Fourth, Fifth, and Fourteenth Amendment of the United States Constitution.

Its the Petitioners belief these named Government officals Criminally Trespassed, Without Probable Cause to enter Clearly Posted Private Property, Without a Search Warrant, at 2004 S. 11th street St. Joseph, Mo 64503 in the early mourning hours of October 5, 2020 by going beyond a locked Posted Cattle gate that had a steell Cable that Crossed the driveway to inforce, and stop the intrusion of anyone trying to gain access on this Said Property. Police reports submitted by these

(10)

Officers will Confirm this belief

11. The Petitioner upon belief Charges that officer's Seiter #8967, Harrison #22837, Peters #68049, Cecil #7073, Jordan-Maples #5680 and Brooks # unknown being Government officals for the St, Joseph Missouri Police Department Violated the Petitioners Fourth, Fifth, Sixth, and Fourteenth Amendment of the United States Constitution

At [No] time, during this illegal arrest was the Petitioner informed of the nature or Cause why these named officers Trespassed Posted Private Property without a Search warrant.

Officer Seiter #7073, made an atempt to tackle the Petitioner in the back yard area of 2004 S, 17th street St. Joseph Mo 64503.

Court transcript for Case No. 20BU-CR01849-01 will Confirm this belief, along with Police reports Submitted by these officers.

12. The Petitioner upon belief Charges that officer's Seiter #8967, Harrison #22837, Peters #68049, Cecil #7073, Jordan-Maples #5680 and Brooks # unknown being Government officals for the St Joseph Missouri Police Department, Violated the Petitioners Fourth, Fifth, Eighth, and Fourteenth Amendment of the United States Constitution,

Its the Petitioners belief these named Government officals used excessive force and failed to protect

(11)

the use of excessive force while these named officers
were Negligent to the fact the Petitioner was
Sick with the Covid 19 Virus.
    During the Course of Surrendering to these named
officers, officer's Harrison # 22837 and Jordan-
maples approached the Petitioner with guns drawn
while Petitioner, was laying flat on his stomatch
to Surrender to these officers.
    Officer Harrison # 22837 placed his Knees
on Petitioners Shoulder and Back while pointing
his gun at the Petitioner, Officer Harrison grabed
the Petitioner by his left arm in a aggressive
manner and the Petitioner locked his arm
and stated to, the officer, you are not going
to be rough and hurt Me. officer, Harrison, Stated
Screaming abusive language at the Petitioner.
    This officer Said over and over "Stop resisting
"Mother Fucker." Officer's Seiter and Cecil approached
the Petitioner and officer Seiter grabed the Petitioner
by the left arm while officer Harrison hade the
Petitioners right arm, These officers placed
Petitioner in hand Cuffs while officer Cecil held
the Petitioners head and face in the grass.
    These officers Said over and over Stop resisting
"Mother Fucker" while officer Harrison took his hands
and Chocked the Petitioners wind pipe. officer
Seiter punched the Petitioner in his Back, Shoulders,
and side of the head. officer Harrison Kneed
the Petitioner in his ribbs, Back, and legs.

officer Peters crawled through a hole in a wooden Privacy fence, owned by Tonda Cunningham after he Kicked the Panels out of her fence.

Officer Peters joined in on the assult by hitting the Petitioner with his fist and kicking the Petitioner in the legs and hip.

officer Brooks pulled his Police Car in front of 2004 S. 11th street, St. Joseph, Mo 64503 and ran up and stood next to Jordan-Maples with his Gun Drawn and started Screaming at the Petitioners Dogs Dieske and Akita Making Threats to shoot these animals through there own Posted Privacy fence. officer Brooks said "Im going to Shoot your "Fucking dogs."

Petitioner then stated to officer Brooks " if you Shoot my dogs as soon as I get out of jail I am going to find you, and Fuck you up." when Petitioner made this statement officers Seiter, Harrison, Cecil, and Peters Brutally Beat the Petitioner untill Petitioner was almost unconsious,

Petitioner was dragged approximately 60 feet to Brooks Police Car, while officer Harrison repeatedly kneed the Petitioner in his right leg, while officer Peters Kicked the Petitioners legs out from under him, to keep the Petitioner from gaining his footing. Once to the Police Car ot officer Brooks Petitioner was Placed on the trunk lid of the Police Car and officer Harrison and officer Seiter Continued to Punch the Petitioner in

(13)

his ribbs, back, stomatch, and Knee the Petitioners legs while officer Harrison Slammed the Petitioners head into officer Brooks Police Car.

Officer Jordan-Maples Conducted a Search of the Petitioner with officer Brooks help, when this Search was done officer Cecil took hold of the Petitioner and Placed him in the Back Seat of officer Brooks Police Car With Petitioners feet hanging out on the pavement. Officer Cecil held the Petitioner up while officer Peters ran at force out of Tonya Cunninghams front yard and Kicked the Petitioner in the Center of his Chest Cavity.

Petitioner fail back in officer Brooks Police Car and started Crying and asked these officers Why they Keep beating him." Officer Harrison Said "because you a woman Beater" officer Jordan-Maples Started laughing. Petitioner then stated "Where are the body Cameras" and the Dash Cameras" I Know this Police Car has them in it.

"Immediately these officer got quit and pushed the Petitioners legs in the Police Car of officer Brooks.

Officer Brooks transported Petitioner to the Police Station where another Search was Conducted and Petitioner was seen by nurse Jaycee over the injurys Sustained and Petitioner failed the Covid 19 test at the jail.

(14)

Petitioner was transported to Mosaic life Care 5325 Faraon Street, St. Joseph Mo 64506 over the injurys sustained as well as being sick with the Covid 19 Virus.

Hospital records will reflect that the Petitioners Chest Cavity was ex-rayed to Check for dislocation over being Kicked in the Chest area and Petitioners right leg was seen over severe brusing from being Kicked and Kneed by officer's Harrison and Peters.

The Petitioner was Brutally Beaten so badly the County Jail would not take Booking Photos of the Petitioner untill october 8, 2020. These photos will show the Petitioners Condition after the Brutal assult that took Place for a failure to Pay Child Non Support warrant during the height of the world wide Covid 19 Pandimic.

13. The Petitioner upon belief charges that a Government entity for the City of St. Joseph Missouri, The St. Joseph Missouri Police Department and its officers, Seiter #8967, Harrison #22837, Peters #68049, Cecil #9073, Jordan-Maples #5680 and Brooks # unknown, Violated the Petitioners Fourth, Fifth, Eighth, and Fourteenth Amendments of the United States Constitution.

Its the Petitioners belief this Government entity and its named officers failed to reasonably percive Substantial and unjustiable risk of Dangerous Consequences when this Government entity and its officers were flagrant and used reckless

(15)

disregard to the Petitioners dockumented mental
health disabillity at the Petitioners home on october
5, 2020.
        This Government entity sent out its Police
officers to 2004 s. 14th street st. Joseph Mo 64503
to render a Child Now Support warrant on the
Petitioner in which was illegal due to a Federal
Mandate that was put out by the Chief of Justice
of the United states Supreme Court.
        During this arlest st. Joseph Missouri Police
officers Seitel, Harrison, Peters, Cecil, Soldan-Maples
and Brooks felgniously and Violently put great
bodily and mental fear in the Petitioners by
disrupting the peace of mind of the Petitioner
when he had to fear for his life and safety during
this illegal arlest at his home.
        This disabillity the Petitioner Suffers from is
dockumented by Northwest Missouri Psychiatric
Rehabillitation Center, Sarah Milens Psy. D.
Psychologist Certified Forensic Examiner 3505
Frederick Ave St. Joseph Mo 64506.
        In Sarah Milens Case filing report for
Case No. 19BU-CR00596-01 it Clearly states in this
dockumented report that the stl Joseph Missouri
Police officers have Caused the Plaintiff to
Suffer mental health issues in the Course of
targeted arlest of the Plaintiff.
        The Petitioner Currently Suffers from (PTSD)
Post Tramatic Stress Disorder, Anxity issues,

(16)

Cronic Depression and schizophrinea due to the illegal arrest of october 5, 2020.

The willful indifference to the safety and mental welfare of the Petitioner has caused long term irreversable mental health damage by this Government entity and its named officers Negligence.

The facts that form the basis for this information and belief are Contained in Sarah Milens Case filing report for Case No. 1984-CR00586-01 and for Case No. 2084-CRO1849-01 in the Missouri Department of Corrections, by the mental health Department and will be Submitted as a basis of which this Court May find the existance of Probable Cause for this Claim.

14. The Petitioner upon belief Charges that a Government entity for the state of Missouri, the Buchanan County Prosecuting Attourneys office is in Violation of a Federal Mandate, and the Fourth, Fifth, Fourteenth Amendments of the United States Constitution.

Its the Petitioners belief, that this Government entity was Clearly aware that the St. Joseph Missouri Police Department and its officers, Seiter #8967, Harrison #22837, Peters #68049, Cecil# 7073, Jordan-Maples #5680 and Brooks # unknown made an illegal arrest of the Petitioner at his home at 2004 S. 17th street, St. Joseph Mo 64503 in the early Mourning hours of October 5, 2020.

(17)

The Buchanan County Prosecuting Attourneys office Knew or reasonably should have Known that the St. Joseph Missouri Police Department and its Named officers made an illegal arrest by the Police reports Submitted by these named officers for Case No. 20BU-CRO1849-01.

The Buchanan County Prosecuting Attourneys office Knew or reasonably should have Known these named officers used entrapment in the Course of stalking the Petitioners home.

These officers used excessive force and failed to protect the use of excessive force where the Petitioner had to be Transported to Mosaic life Care at 5325 Faraon Street St. Joseph MO 64506.

The Buchanan County Prosecuting Attourneys office recieved these hospital records on Case file for Case No: 17BU-CROO596-01 and Case No: 20BU-CRO1849-01.

The Buchanan County Prosecuting Attourneys office abused its Power in office and was malicous when it Put out a Child Now Support Warrant during the Covid 19 Pandimic. This Government entity Clearly disregarded the Petitioner the equal Protection of a Federal mandate that was in Place by our Chief of Justice of the United States Supreme Court.

In the Federal mandate it ordered that [NO] one was to be Served, arrested, or

(18)

Prosecuted at their homes for failure to pay Child
NON Support during the world wide Covid 19 Pandimic.
        It was further ordered that Court houses,
schools, local Bussiness and the Public was to
be shut down. Everyone was to remain inside of
their homes for the protection against the Covid 19
Virus.
        The mandate Provided the "equal" Protection
to the Petitioner at his home against Local, State,
and Federal law enforcement as a means to prevent
the use of entrapment for arrest during the
Pandimic.
        The Buchanan County Prosecuting Attourneys
office was clearly informed by our Federal
Government there was a Federal mandate in
order that Protected the Petitioner of the illegal
arrest that took Place on October 5, 2020.
        The Buchanan County Prosecuting Attourneys
office willfully disregarded the Petitioner the
equal Protection, of the Federal mandate, that was
in place and the fourth, fifth, and the fourteenth
Amendment of the United States Constitution, under
the "fruit of the poisonus tree doctrine" when
this Government entity filed a Criminal resisting
arrest Charge Case No. 20BU-CR01849-01, and knew
the arrest was illegal in the Course of the
St. Joseph Missouri, Police officers, admission
against the Petitioner on October 5, 2020.

(19)

**15.** The Petitioner upon belief charges that the Court Appointed Counsel Stephanie M. Burton 1125 Grand Blvd, Suite 210 Kansas City, MO 64106 Telephone: (816) 401-2289 violated Petitioner's Fifth, Sixth, and Fourteenth Amendments of the United States Constitution and article 1 §§ 10 and 18(a) of the Missouri Constitution.

Its Petitioners belief he was denied the effective assistance of Counsel due to Counsel's Misadvice and misguidance throughout all Court proceedings.

To Successfully assert a Claim of ineffective assistance of Counsel a Movant Must Satisfy a two-prong test. First a Movant must demonstrate Counsel's performance "fell below an objective Standard of reasonableness, "ie., that trial Counsel did not demonstrate the Customary skill and diligence that a reasonably Competent attourney would display rendering Similar Services under the existing Circumstances. Strickland V. Washington, 466 U.S. 668 681-88 (1984); See also State V. Simmons 955 S.W. 2d 729, 746 (Mo. banc 1997), Cert denied, 522 U.S. 1129 (1998)

Second a Movant must demonstrate that, "the deficient performance" actually prejudiced him. To

Reasonably Competent Counsel would have been aware of the Federal Mandate that Protected the Petitioner of the illegal arrest

(20)

that occured at Petitioners home on october 5,
2020.
　　　This Court Appointed Counsel was aware, that
members of the Prosecuting Attourney's office
had an Actual Conflict of interest given that
they had represented the Petitioner on Criminal
Matters in the Past.
　　　The Head Prosecuting Attourney, Michelle
Davidson represented Petitioner in State v. Burgess,
02CR15580-01, where Petitioner pled guilty to
forgery on July 31/2003,
　　　Petitioner later filed a Rule 24.035 proceeding
alleging Ms. Davidson was ineffective.

　　　Andrew Parmenter previously represented
Petitioner in State v. Burgess, 19BU-CR00596-01
Ms. Davidson personally filed Case; 19BU-CR00596-01,
before Circumventing that Case to Robert Reinhardth
　　　Because these Attourneys later accepted
employment with the Buchanan County Prosecutor's
office and were involved in petitioners prosecution
in the underlying Criminal Case here they had an
actual Conflict in the underlying Criminal Case
here, Petitioner did Not waived that Conflict.
　　　On June 15, 2022 during the Preliminary
Stages, Petitioner filed a Pro Se, ineffective
assistance of Counsel against the performance
of the Court Appointed Counsel, Ms. Burton
on the grounds she never filed a Motion

(21)

to have the Buchanan County Prosecutors office rufute
their selves from Case No. 20BU-CR01849-01, and Case
No. 21BU-CR01650-01, This ineffective assistance
of Counsel Motion' was filed under:
        Willam T, Boliek V. Paul Delo Case No. 89-4076-
CV-C-5 United States District Court, WD Missouri, Central

        Petitioner will testify and will rely on the fallowing
whitness and evidence to establish this Claim:

        the record in State V. Burgess, 20BU-CR01849-01
and State V. Burgess, 21BU-CR01650-01 including
"all pro se Motions filed by Petitioner and the
Court Files, in each Case and the guilty Plea and
Sentencing transcript.

        the record in State V. Burgess, 02CR75580-01
and State V. Burgess, 19BU-CR00596-01 including
"All Pro Se, filed by the Petitioner and the Court
files in each Case and the guilty plea and Sentencing
transcript.

16. Petitioner filed a Motion for Habeas Corpus
action under 28 USCS 2254 in the Pilimanary
Stages on Case No. 20BU-CR01849-01 and Case No!.
21BU-CR01650-01 in Divison 6 Judge Rebbeca Spencers
Court Room on June 2, 2022
        " Any Pro Se, Motions filed by the Petitioner
went Unanswered. This Violated the Petitioners

(22)

First Fourth, Fifth, Sixth and Fourteenth Amendments of the United States Constitution.

17. Respondent acting through the Missouri Department of Corrections, the Warden for Moberly Correctional Center had No legal authority to have held the Petitioner on Case No. 20BU-CR01849-01 "A federal Mandate, that was in affect on October 5, 2020 and the "fruit of the poisonus tree doctrine" Made the 3 years of Confinement illegal due to an illegal arrest that took Place during the World wide Covid 19 Pandimic. The Compleation date for Case No. 20BU-CR01849-01 was August 31, 2024.

Habeas Corpus

The Writ of Habeas Corpus provides a remedy for jurisdictional and Constitutional errors at the trial without limit as to time. It May be used to Correct errors of that order Made by Military, as well as Cival Courts under the Common law and the Act, 31 II C2 (1679), where a Person was detained pursuant to a Conviction by a Court having jurisdiction, appeared on the face of the record of the Court which Convicted him. A showing in a return to writ that the prisoner was held under final process, based upon a judgment of a Court of Competent jurisdiction closed the inquiry.

(23)

under the judiciary Act of (1789) the same
rule obtained. But the Act of (Febuary 5, 1867)
Congress extended the writ to all persons restrained
of their liberty in violation of the Constitution
or law or treaty of the united States, and required
the Court to ascertain the facts and to dispose
of the party as law and justice require.
"This gave the prisoner a right to have
a judical inquiry in a Court of the United States
into the very truth and substance of the cause
of detention.
    The Supreme Court has said that there is "No
doubt of the Authority of the Congress to
thus liberalize the Common law procedure on
Habeas Corpus.

HABEAS CORPUS NOT A SUBSTITUTE FOR APPEAL

    Since the writ of Habeas Corpus is appeallate
in nature Congress May Confer jurisdiction to issue
it upon the Supreme Court as well as upon the
inferior Federal Courts.
    The proceeding May not however be used as
a Substitute for an appeal or writ of error.
"But special Circumstances make it
advantageous to use this writ in aid of just
disposition of a Cause pending on appeal, it May
be used for that purpose.
"where facts dehors the record which are

(24)

alleged to show a denial of Constitutional rights, "a Judical hearing must be granted to ascertain the truth or falsity of the allegations.

## ISSUANSE OF THE WRIT

On application for a writ of Habeas Corpus, the Court may either issue the writ and on return dispose of the case or it, may waive the issuing of the writ and Consider whether upon the facts presented in the Petition the prisoner, if brought before it, Could Not be discharged.
"The proceeding may not be used to secure an adjudication of a question which, if determined in the prisoners favor, Could Not result in his immediate release.

## PURPOSE OF THE WRIT

The greatest of the Safeguards of Personal liberty embodied in the Common law, and the judiciary Act of (1789) provided the issuance of the writ according to "the usage and principles of law.

At Common law the purpose of such a proceeding was to obtain the liberation of persons who were imprisoned without just cause.

(25)

# CONCLUSION

As the Supreme Court has explained wheather Police officers use of force is "excessive Must be judged by "wheather the officers actions are objectively reasonalble in light of the facts and Circumstances Comfronting them without regard to their underlying intent or Motivation. Id at 397, 109 S.Ct, 1865

A Court must give "Careful attention to the facts and Circumstances of each particular Case, " including.

(1) the severity of the Crime at issue

(2) wheather the Suspect poses an immediate threat to the Safety of the officers or others "and

(3) wheather the Suspect is actively resisting arrest or attempting to evade arrest by flight. Id at 396, 109 S.Ct. 1865

The Fourth Amendment protects the rights of the People to be secure in their Person, houses, papers, and effects against unreasonable searches and Seizures.

" U.S. Const Amend IV, the Fourth Amendment protects against unreasonable seizures, it has been long reconized that the force against a Person who is free, if the Police use excessive force against a Person for the Purpose of arresting

(26)

or restraining his or her freedom of movement,
See: e.g Graham, V. Connor, 490 U.S. 386, 109 S.Ct. 1865,
104 L.Ed. 2d 443 (1989)


    Wherefore, Petitioner prays this United States
District Court for the Eastern District of Missouri
issue a Writ of Habeas Corpus under 28 USCS 2254
    The respondent had NO legal authority to
hold the Petitioner for Case No. 20BU-CR01849-01 due
to an illegal arrest that took place while a federal
Mandate was in place by the Chief of Justice of
the united states Supreme Court on October 5, 2020
    The Mandate Made the arrest at Petitioners
home illegal under the "fruit of the poisonus tree
doctrine.

          Respectfully
          Michael Lee Burgess 9/23/2024

    Petitioner declares under the penalty of perjury
that the foregoing in this Habeas Corpus is true
and correct.
    This document was mailed to the united
States District Court for the Eastern District
of Missouri on this _23_ day of September 2024

          Michael Lee Burgess 9/23/2024

          (27)